UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
:
:
UNITED STATES OF AMERICA         :
                                 :     **UNSEALING ORDER**
        - v. -                   :
                                 :     S1 19 Cr. 683 (GBD)
CLARA LOEFFELMAN,                :
    a/k/a "Mona,"                :
                                 :
        Defendant.               :
- - - - - - - - - - - - - - - - - X

Upon the application of the United States, by and through Assistant United States Attorney Juliana N. Murray;

It is found that the dockets in the above-captioned action, S1 19 Cr. 683, and in the underlying actions, 19 Cr. 683 and 19 Mag. 6390, are currently sealed and the United States Attorney's Office has applied to have those dockets unsealed, it is therefore

ORDERED that the dockets in the above-captioned action and the underlying actions be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       October 27, 2021

                                    _____
                                    HONORABLE GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE