UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,          :
                                   :
          -against-                :         ORDER
                                   :
CLARA LOEFFELMAN,                  :         19 Crim. 683 (GBD)
                                   :
                      Defendant.   :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The Government's request for an adjournment of the status conference scheduled for March 11, 2020 is GRANTED. The status conference is adjourned to May 6, 2020 at 10:00 am. On the Government's motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       March 6, 2020

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge