UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,                :
                                         :
         -against-                       :           ORDER
                                         :
CLARA LOEFFELMAN,                        :           19 Crim. 683 (GBD)
                                         :
                       Defendant.        :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

The parties' request for an adjournment of the status conference scheduled for May 6, 2020 is GRANTED. The status conference is adjourned to September 9, 2020 at 10:00 am. On the Government's motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       May 6, 2020

                                              SO ORDERED.

                                              *George B. Daniels* (signature)
                                              GEORGE B. DANIELS
                                              United States District Judge