**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-                                             ORDER

CLARA LOEFFELMAN,                                     19 Crim. 683 (GBD)

                               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

        The parties' request for an adjournment of the status conference scheduled for September 9, 2020 is GRANTED. The status conference is adjourned to December 16, 2020 at 10:00 am. On the Government's motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
         September 2, 2020

                                                      SO ORDERED.

                                                  *George B. Daniels* (signature)
                                                  GEORGE B. DANIELS
                                                  United States District Judge