UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-                            ORDER

CLARA LOEFFELMAN,                    19 Crim. 683 (GBD)

                  Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The parties' request for an adjournment of the status conference scheduled for December 16, 2020 is GRANTED. The status conference is adjourned to March 10, 2021 at 10:00 am. On the Government's motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       December 9, 2020

                                                         SO ORDERED.

                                                         *George B. Daniels*
                                                         GEORGE B. DANIELS
                                                         United States District Judge