UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

CLARA LOEFFELMAN,

                         Defendant.
------------------------------------- x

ORDER

19 Crim. 683 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The pretrial conference scheduled for May 26, 2021 is canceled. A change of plea hearing is scheduled for June 9, 2021 at 10:00 am. On the Government's motion, made with Defendant's consent, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       May 18, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge