# Federal Defenders
## OF NEW YORK, INC.

**Southern District**
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

November 9, 2021

NOV 1 0 2021

**VIA ECF**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated:  NOV 1 0 2021

**Re:  United States vs. Clara Loeffelman**
**19 CR. 683 (GBD)**

Dear Judge Daniels:

I write to request that Your Honor order the United States Pretrial Services
Office in the Southern District of New York to return Ms. Clara Loeffelman's passport
to her. Ms. Loeffelman's passport was surrendered to Pretrial Services during the
pendency of her criminal case. On October 26, 2021, Ms. Loeffelman received a sentence
three years of probation. We thus respectfully request that the Court order the release
of her passport.

Respectfully submitted,

/s/

Jennifer E. Willis
Assistant Federal Defender
(212) 417-8743 / (917) 572-5792

**SO ORDERED:**   NOV 1 0 2021

**HONORABLE GEORGE B. DANIELS**
**United States District Judge**